IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARLE ECK,                    Plaintiff, | : : : |
| v. | : :  Civil No. 5:23-cv-02033-JMG |
| WALMART INC., *et al.*,                    Defendants. | : : : |

**ORDER**

**AND NOW**, this 18th day of December, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 29) and Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgement (ECF No. 31), **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 29) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge